**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**EDDIE JOHNSON,**

**Plaintiff,**

**v.** **Case No. 1:26cv9-MCR/MJF**

**VENETRA REID, et al.,**

**Defendants.**
______________________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 22, 2026. ECF No. 21. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this order.

2. This action is **DISMISSED with prejudice** for Plaintiff's failure to comply with Court Orders and to comply with the Federal Rules of Civil Procedure.

3. All pending motions are denied as moot.

4. The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**